No. 96–1482. LEXECON INC. ET AL. *v.* MILBERG WEISS BERSHAD HYNES & LERACH ET AL. C. A. 9th Cir. Certiorari

granted limited to Question 1 presented by the petition. 